IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No. C -13-02445(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| AMERICAN DAIRY QUEEN CORPORATION, | |
| Defendant. | |

On May 21, 2014, Plaintiff filed a status report advising the Court that the consent decree was signed on February 20, 2014 by Plaintiff and his counsel and by all Defendants other than Jerry P. Bowman Trust and American Dairy Queen Corporation. Docket No. 22. Plaintiff's counsel has been in contact with counsel for the remaining Defendants repeatedly over the last eight weeks but they have not yet signed the consent decree. It is hereby ordered that a case management conference is set for June 10, 2014, at 10:00 am, with a joint case management statement due no later than June 3, 2014. Representatives of Defendants Jerry P. Bowman Trust and American Dairy Queen Corporation who have authority to sign the consent decree are ordered to attend the case management conference in person.

**IT IS SO ORDERED.**

Dated: May 23, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge